# Unclaimed Funds
Entered 2/13/2014 to 2/13/2014

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-14929 -wch<br>19206955 | GREGORY & MARIA RICHARD<br>4 BURNSIDE ST<br>PLYMOUTH, MA 02360<br>02360 | 3.00 | 02/13/2014 |
| 08-15873 -wch<br>19206954 | KENNETH & THERESA COSTA<br>219 BEDFORD ST., APT. 1<br>NEW BEDFORD, MA 02740-3305<br>02740-3305 | 33.80 | 02/13/2014 |
| 08-15986 -jnf<br>16777036 | Citizens Bank<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886<br>02886 | 1,849.91 | 02/13/2014 |
| 08-17304 -wch<br>16692803 | Carsten Jessen<br>co Law Offices of Daniel Nigro PC<br>315 Hamilton Street<br>Worcester MA 01604<br>01604 | 6,480.00 | 02/13/2014 |
| 09-19780 -fjb<br>17186305 | Countrywide Home Loans<br>PO Box 660694<br>Dallas, TX 75266<br>75266 | 542.99 | 02/13/2014 |
| 09-20753 -fjb<br>17225426 | BAC Home Loans Servicing<br>PO Box 660694<br>Dallas, TX 75266<br>75266 | 336.25 | 02/13/2014 |
| 10-10190 -jnf<br>17355634 | Bay State Galvanizing Company, Inc.<br>Po Box 499356<br>Everett, MA 02149<br>02149 | 22.25 | 02/13/2014 |
| 10-14399 -wch<br>19206953 | JOHN BOYLE<br>P.O. BOX 134 | 101.30 | 02/13/2014 |

|  |  |  |  |
|---|---|---|---|
|  | WEST SPRINGFIELD, MA 01090-0134<br>01090-0134 |  |  |
| [10-16824 -fjb](#)<br>17634801 | San Mar<br>PO Box 529<br>Preston, WA 98050<br>98050 | 0.01 | 02/13/2014 |
| [10-16824 -fjb](#)<br>17634790 | KYS Embroidery Supplies<br>35 South River Ln West<br>Duxbury, MA 02332<br>02332 | 0.03 | 02/13/2014 |
| [10-16824 -fjb](#)<br>17634774 | Broder Brothers<br>6 Neshaminy Drive Interplex 6th Floor<br>Trevose, PA 19053<br>19053 | 0.08 | 02/13/2014 |
| [10-20509 -fjb](#)<br>17746088 | CACH, LLC<br>370 17th St., Ste. 5000<br>Denver, CO 80202<br>80202 | 214.99 | 02/13/2014 |
| [11-15390 -wch](#)<br>19206952 | PETER KESSEL<br>23 STANDISH DR<br>CANTON, MA 02021<br>02021 | 850.00 | 02/13/2014 |
| [13-13181 -fjb](#)<br>19206951 | ARA ANJOORIAN<br>10 FAIRMOUNT PLACE<br>SAUGUS, MA 01906<br>01906 | 85.50 | 02/13/2014 |

**Grand Total: 10,520.11**